WILLIAM H. McGOWAN, Receiver of PENN NATIONAL BANK AND TRUST COMPANY OF READING, on His Own Behalf as Such Receiver and on Behalf of the ÆTNA CASUALTY AND SURETY COMPANY OF HARTFORD, CONNECTICUT, and Others, Appellants, v. THOMAS C. EASTMAN and Others, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied as to the items specified in the order. The bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

SAMUEL CAMPE and Others, Respondents, v. WEST COAST THREAD CO., INC., Appellant.— Order, so far as appealed from, unanimously modified (1) by directing an oral examination of the assignors-trustees, by Robert Goldberg, as trustee, in Gastonia, N. C., at a reasonable time prior to the trial; (2) by striking out the imposition of terms upon defendant; (3) by providing that the examination is to be at the expense of plaintiffs; and (4) by providing that so much of the books and records set forth in the notice of motion as may be under his control may be offered in evidence in addition to being used to refresh the recollection of the witness, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of PRINCE LAUTEN CORP. for an Order Directin that an Arbitration Proceed between PRINCE LAUTEN CORP. and BIBB MANUFACTURING COMPANY. BIBB MANUFACTURING COMPANY, Appellant; PRINCE LAUTEN CORP., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

WILLIAM L. McBRIDE, Respondent, v. BING & BING, INC., Appellant, Impleaded with Others.— Order, so far as appealed from, unanimously modified by eliminating from item 3 the words " the extent of such participation," and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of FRANK HAUS and Others, Appellants, for a Mandamus Order against JAMES E. FINEGAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

KATHLEEN GILRANE, Appellant, v. 274-276 MADISON AVENUE CORPORATION and RUDOLPH BAUSCH, Respondents, Impleaded with Another.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of JOSEPH B. ENGLISH, Appellant, for a Mandamus Order against JOHN H. DELANEY, as Chairman, and FRANK X. SULLIVAN and CHARLES V. HALLEY, JR., as Commissioners of the Board of Transportation of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.